# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)
A LARGE APPLE IPHONE IN A BLACK CASE CURRENTLY )
LOCATED AT FBI RESIDENT AGENCY, 2400 SCHUSTER DRIVE, )
HYATTSVILLE, MARYLAND 20781 )

Case No. 8:25-mj-01000-GLS

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1.

located in the _____ District of _____Maryland_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §922(g)(1) | Unlawful Possession of a Firearm by a Person Convicted of a Crime |
| 18 U.S.C. §1951(a) | Conspiracy to commit Hobbs Act Robbery |
| 18 U.S.C. §1951(a) | Hobbs Act Robbery |
| 18 U.S.C. § 924(c) | Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence |

The application is based on these facts:
See affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Terese Elizabeth Tessari*
Applicant's signature

Terese Elizabeth Tessari, Special Agent, FBI
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: April 16, 2025

Judge's signature

City and state: Greenbelt, Maryland      Honorable Gina L. Simms, United States Magistrate Judge
Printed name and title